UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VASQUEZ, ET AL.,<br><br>        Plaintiffs,<br>  v.<br><br>CAL WESTERN RECONVEYANCE CORP., ET AL.,<br><br>        Defendants. | Case No.: C 10-03411 PVT<br><br>**ORDER REFERRING CASE TO U.S. DISTRICT JUDGE JEREMY FOGEL FOR RELATED CASE CONSIDERATION** |

It has come to the court's attention that the above-captioned action may be related to other actions currently pending in the Northern District of California, San Jose Division. *See* CIVIL L.R. 3-12(c). Therefore,

This action is HEREBY REFERRED to U.S. District Judge Jeremy Fogel with a request that he consider whether the above-captioned action is related to the following actions:

*Francisco Vasquez, et al. v. Cal Western Reconveyance Corp., et al.,* Case No. 10-1679 JF.

Dated: August 9, 2010

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1  A copy of the order was mailed on August 9, 2010 to the following:

2  Francisco Vasquez
   Jose Vasquez
3  758 Riverside Road
   Hollister, CA 95023
4
   PO Box 1480
5  Castroville, CA 95012