**E-Filed 10/13/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VASQUEZ and JOSE VASQUEZ, | Case No.  10-3411-JF/HRL |
| Plaintiffs, | ORDER[1] STAYING PROCEEDINGS |
| v. | |
| CAL WESTERN RECONVEYANCE CORPORATION as Trustee for U.S. Bank National Association as Trustee for First Franklin Loan Trust through Certificate Series 2006-FF10, et al., | |
| Defendant. | |

All proceedings in the instant case are hereby stayed pending determination of Plaintiffs' appeal of the Court's order denying leave to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

DATED: 10/13/2010

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

1  Copies of this Order have been served on the following persons:

2  Francisco Vasquez
3  PO Box 420
   Salinas, CA 93902

4  Jose Vasquez
5  PO Box 420
   Salinas, CA 93902

1  Copies of this Order have been served on the following persons:

2  Francisco Vasquez
3  PO Box 420
   Salinas, CA 93902

4  Jose Vasquez
5  PO Box 420
   Salinas, CA 93902

2

Case No. C10-3411-JF (HRL)
ORDER STAYING PROCEEDINGS
(JFLC3)