**E-Filed 1/18/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VASQUEZ and JOSE VASQUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CAL WESTERN RECONVEYANCE CORPORATION as Trustee for U.S. Bank National Association as Trustee for First Franklin Loan Trust through Certificate Series 2006-FF10, et al.,<br><br>Defendant. | Case No. 10-3411-JF/HRL<br><br>ORDER[1] LIFTING STAY AND DENYING PLAINTIFFS' LETTER REQUEST TO SERVE DEFENDANTS |

On September 9, 2010, the Court denied Plaintiffs' motion for leave to proceed *in forma pauperis*. On October 8, 2010, the Court received notice of Plaintiff's interlocutory appeal challenging the ruling, and thereafter proceedings were stayed pending appeal. On December 15, 2010, the Court received notice from the Court of Appeals that the appeal had been dismissed. On December 30, 2010, Plaintiffs submitted a letter request that the U.S. Marshal's Service serve the defendants. Because leave to proceed *in forma pauperis* has been denied, this letter request cannot be granted.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C10-3411-JF (HRL)
ORDER LIFTING STAY AND DENYING PLAINTIFFS' LETTER REQUEST TO SERVE DEFENDANTS
(JFLC3)

1     The stay imposed during the pending of the appeal is hereby lifted.  Accordingly,
2 Plaintiffs must pay the filing fee in this action not later than February 25, 2011 or the action will
3 be dismissed without prejudice.  The Case Management Conference set for February 4, 2011, is
4 hereby continued to March 18, 2011 at 10:30 a.m.

6 **IT IS SO ORDERED.**

7 DATED: 1/18/2011

8                                 JEREMY FOGEL
                                United States District Judge

Case No.  C10-3411-JF (HRL)
ORDER LIFTING STAY AND DENYING PLAINTIFFS' LETTER REQUEST TO SERVE DEFENDANTS
(JFLC3)

1  Copies of this Order have been served on the following persons:

2  Francisco Vasquez
3  PO Box 420
   Salinas, CA 93902

4  Jose Vasquez
   PO Box 420
5  Salinas, CA 93902

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  C10-3411-JF (HRL)
ORDER LIFTING STAY AND DENYING PLAINTIFFS' LETTER REQUEST TO SERVE DEFENDANTS
(JFLC3)